IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00009 |
| ) | Chief Judge Haynes |
| KIM M. DILLARD ) | |

MOTION OF THE GOVERNMENT
TO SCHEDULE A SENTENCING HEARING

The United States of America (the Government), by and through its undersigned attorney, hereby moves for the issuance of an order scheduling a sentencing hearing for 9:00 a.m., on either a Monday or a Friday. As reasons for this motion the Government state the following.

The Sentencing Hearing in this case was formerly scheduled for 9:00 a.m., on Friday February 1, 2013. (D. 26). However, on Thursday, January 31, 2013, this Court's Chambers contacted the parties to inform them that the February 1st sentencing hearing needed to be continued because the Court was then involved in conducting a civil trial. Thereafter, a entencing hearing in this case has not yet to be re-scheduled.

Defendant is a dialysis patient. Further, defendant has previously requested that her sentencing hearing be scheduled for 9:00 a.m., on either a Monday or Friday to allow her to attend dialysis treatment the afternoon following her sentencing.

*[handwritten notation: This motion is granted. The hearing is set for March 15, 2013 at 9:30 am. /s/ 3-11-13]*