IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-00009 |
| | ) | Chief Judge Haynes |
| KIM M. DILLARD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The sentencing hearing is re-set in this action for **Monday, March 18, 2013 at 9:30 a.m.**

It is so **ORDERED**.

ENTERED this the ___12th___ day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court