UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-0009 |
| | ) | Chief Judge Haynes |
| KIM M. DILLARD | ) | |

## ORDER

For good cause shown and other consideration discussed during defendant's sentencing hearing on March 18, 2013, it is hereby, ORDERED, that the defendant shall be relieved from the requirement stated on page three of the Judgment (D. 33), that "[she] shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drugs thereafter, as directed by the Court.

So ORDERED this 22nd day of March, 2013

WILLIAM J. HAYNES, JR.
Chief U.S. District Judge

APPROVED FOR ENTRY:

s/ *Darryl A. Stewart*
DARRYL A. STEWART
Assistant United States Attorney